**Lester DAVIS, Appellant,**

v.

**STATE of Missouri, Respondent.**

**ED 102052**

Missouri Court of Appeals, Eastern District, *DIVISION TWO.*

Filed: August 11, 2015

Motion for Rehearing and/or Transfer to Supreme Court Denied September 10, 2015

Application for Transfer Denied October 27, 2015

Susan K. Roach, 8000 Maryland Avenue, Suite 760, St. Louis, MO 63105, for appellant.

Chris Koster, Gregory L. Barnes, P.O. Box 899, Jefferson City, MO 65102, for respondent.

Before: Philip M. Hess, P.J., Gary M. Gaertner, Jr., J., and Angela T. Quigless, J.

### *ORDER*

PER CURIAM.

Lester Davis appeals the motion court's judgment denying his motion for post-conviction relief under Mo. R.Crim. P. 24.035

(2014) after an evidentiary hearing. We have reviewed the briefs of the parties and the record on appeal, and we conclude the motion court did not clearly err in denying Movant's motion. An extended opinion would have no precedential value. The parties have been provided with a memorandum for their information only, setting forth the reasons for this order. The decision is affirmed. Mo. R. Civ. P. 84.16(b) (2015).